# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

06-445

TO: Ralph Reed    SBI#: 320813

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: June 13, 2006

FILED
JUL 21 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BO scanned

Attached are copies of your inmate account statement for the months of December 1, 2005 to May 31, 2006.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Dec | 2.31 |
| Jan | 4.05 |
| Feb | .04 |
| March | 10.28 |
| April | 23.13 |
| May | 32.32 |

Average daily balances/6 months: 12.16

Attachments
CC: File

Stacy Shane
6/13/06

# Individual Statement

Date Printed: 6/13/2006

Page 1 of 1

## For Month of December 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.07 |
|---|---|---|---|---|---|---|
| 00320813 | Reed | Ralph | J | | | |

Current Location: 22     Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Medical | 12/15/2005 | $0.00 | ($2.00) | $0.00 | $0.07 | 195748 | | 11/10/05 | |
| Medical | 12/15/2005 | ($0.07) | ($1.93) | $0.00 | $0.00 | 195908 | | 11/10/05 | |
| Supplies-MailP | 12/15/2005 | $0.00 | $0.00 | ($1.48) | $0.00 | 196060 | | 12/6/05 | |
| Visit | 12/29/2005 | $25.00 | $0.00 | $0.00 | $25.00 | 201211 | 3835734746 8-23655 | | E. REED |
| Supplies-MailP | 12/29/2005 | ($1.48) | $0.00 | $0.00 | $23.52 | 202146 | | 12/6/05 | |

Ending Mth Balance: $23.52

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

Date Printed: 6/13/2006

## For Month of January 2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $23.52 |
|---|---|---|---|---|---|---|
| 00320813 | Reed | Ralph | J | | | |

Current Location: 22    Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 1/4/2006 | ($20.00) | $0.00 | $0.00 | $3.52 | 203592 | | | |
| Supplies-MailP | 1/5/2006 | $0.00 | $0.00 | ($0.37) | $3.52 | 205262 | | 12/27/05 | |
| Medical | 1/13/2006 | ($1.93) | $0.00 | $0.00 | $1.59 | 208174 | | 11/10/05 | |
| Supplies-MailP | 1/13/2006 | ($0.37) | $0.00 | $0.00 | $1.22 | 208934 | | 12/27/05 | |
| Supplies-MailP | 1/27/2006 | $0.00 | $0.00 | ($3.95) | $1.22 | 214431 | | 11/30/05 | |

Ending Mth Balance: $1.22

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement
## For Month of February 2006

Date Printed: 6/13/2006  
Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $1.22 |
|---|---|---|---|---|---|---|
| 00320813 | Reed | Ralph | J | | | |

Current Location: 22  Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 2/2/2006 | ($1.22) | $0.00 | ($2.73) | $0.00 | 217640 | | 11/30/05 | |
| Supplies-MailP | 2/9/2006 | $0.00 | $0.00 | ($0.63) | $0.00 | 220733 | | 1/24/06 | |
| Misc | 2/10/2006 | $0.00 | $0.00 | $0.00 | $0.00 | 221943 | | | |
| Supplies-MailP | 2/15/2006 | $0.00 | $0.00 | ($0.26) | $0.00 | 223788 | | 10/26/05 | |
| Supplies-MailP | 2/16/2006 | $0.00 | $0.00 | ($0.63) | $0.00 | 224029 | | 1/24/06 | |
| Supplies-MailP | 2/16/2006 | $0.00 | $0.00 | ($0.63) | $0.00 | 224030 | | 1/24/06 | |

Ending Mth Balance: **$0.00**

Total Amount Currently on Medical Hold: $0.00  
Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

## For Month of March 2006

Date Printed: 6/13/2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00320813 | Reed | Ralph | J | | | |

Current Location: 22    Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 3/8/2006 | $40.00 | $0.00 | $0.00 | $40.00 | 232588 | 9617179217 | | S FELIPA |
| Supplies-MailP | 3/10/2006 | $0.00 | $0.00 | ($4.20) | $40.00 | 233731 | | 3/4/06 | |
| Supplies-MailP | 3/10/2006 | $0.00 | $0.00 | ($5.00) | $40.00 | 233783 | | 3/7/06 | |
| Supplies-MailP | 3/10/2006 | $0.00 | $0.00 | ($1.35) | $40.00 | 233839 | | 2/24/06 | |
| Supplies-MailP | 3/10/2006 | ($2.73) | $0.00 | $0.00 | $37.27 | 234449 | | 11/30/05 | |
| Supplies-MailP | 3/10/2006 | ($0.63) | $0.00 | $0.00 | $36.64 | 234494 | | 1/24/06 | |
| Supplies-MailP | 3/10/2006 | ($0.26) | $0.00 | $0.00 | $36.38 | 234836 | | 10/26/05 | |
| Supplies-MailP | 3/10/2006 | ($0.63) | $0.00 | $0.00 | $35.75 | 235095 | | 1/24/06 | |
| Supplies-MailP | 3/10/2006 | ($0.63) | $0.00 | $0.00 | $35.12 | 235094 | | 1/24/06 | |
| Supplies-MailP | 3/10/2006 | ($4.20) | $0.00 | $0.00 | $30.92 | 235399 | | 3/4/06 | |
| Supplies-MailP | 3/10/2006 | ($5.00) | $0.00 | $0.00 | $25.92 | 235442 | | 3/7/06 | |
| Supplies-MailP | 3/10/2006 | ($1.35) | $0.00 | $0.00 | $24.57 | 235481 | | 2/24/06 | |
| Canteen | 3/16/2006 | ($19.74) | $0.00 | $0.00 | $4.83 | 237780 | | | |
| Canteen | 3/22/2006 | ($4.60) | $0.00 | $0.00 | $0.23 | 239655 | | | |
| Visit | 3/29/2006 | $20.00 | $0.00 | $0.00 | $20.23 | 242517 | 9252003084-06782 | | T. S |

Ending Mth Balance: $20.23

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

## For Month of April 2006

Date Printed: 6/13/2006  
Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: |
|---|---|---|---|---|---|
| 00320813 | Reed | Ralph | J | | $20.23 |

Current Location: 22  
Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 4/4/2006 | $0.00 | $0.00 | ($4.20) | $20.23 | 245175 | | 3/23/06 | |
| Supplies-MailP | 4/4/2006 | $0.00 | $0.00 | ($4.20) | $20.23 | 245176 | | 3/23/06 | |
| Canteen | 4/5/2006 | ($11.98) | $0.00 | $0.00 | $8.25 | 245589 | | | |
| Mail | 4/19/2006 | $20.00 | $0.00 | $0.00 | $28.25 | 251512 | 52521939 | | UNK |
| Supplies-MailP | 4/20/2006 | ($4.20) | $0.00 | $0.00 | $24.05 | 253115 | | 3/23/06 | |
| Supplies-MailP | 4/20/2006 | ($4.20) | $0.00 | $0.00 | $19.85 | 253114 | | 3/23/06 | |
| Canteen | 4/26/2006 | ($19.84) | $0.00 | $0.00 | $0.01 | 255080 | | | |
| Visit | 4/26/2006 | $70.00 | $0.00 | $0.00 | $70.01 | 255424 | 0541982646-02569 | | E. REED |

Ending Mth Balance: $70.01

Total Amount Currently on Medical Hold: $0.00  
Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

## For Month of May 2006

Date Printed: 6/13/2006          Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $70.01 |
|---|---|---|---|---|---|---|
| 00320813 | Reed | Ralph | J | | | |
| Current Location: | 22 | | | Comments: | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Pay-To | 5/1/2006 | ($4.00) | $0.00 | $0.00 | $66.01 | 257540 | | PROJECT AWARE | |
| Canteen | 5/3/2006 | ($19.79) | $0.00 | $0.00 | $46.22 | 258758 | | | |
| Canteen | 5/10/2006 | ($9.12) | $0.00 | $0.00 | $37.10 | 261370 | | | |
| Pay-To | 5/12/2006 | ($4.00) | $0.00 | $0.00 | $33.10 | 262891 | | PROJECT AWARE | |
| Canteen | 5/17/2006 | ($6.99) | $0.00 | $0.00 | $26.11 | 264611 | | | |
| Canteen | 5/24/2006 | ($8.60) | $0.00 | $0.00 | $17.51 | 267219 | | | |
| Supplies-MailP | 5/26/2006 | $0.00 | $0.00 | ($0.87) | $17.51 | 269351 | | 5/12/06 | |
| Supplies-MailP | 5/26/2006 | $0.00 | $0.00 | ($0.39) | $17.51 | 269586 | | 4/25/06 | |
| Canteen | 5/31/2006 | ($16.24) | $0.00 | $0.00 | $1.27 | 271717 | | | |

Ending Mth Balance: $1.27

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00