IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RALPH REED,                        )
                                   )
            Petitioner,            )
                                   )
v.                                 )   Civil Action No. 06-445-KAJ
                                   )
                                   )
THOMAS L. CARROLL,                 )
Warden, and CARL C.                )
DANBERG, Attorney                  )
General of the State               )
of Delaware,                       )
                                   )
            Respondents.           )

**FILED**

AUG 29 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD Scanned

**AEDPA ELECTION FORM**

1.  ___yes___  I wish the Court to rule on my § 2254
               petition as currently pending.  I realize
               that the law does not allow me to file
               successive or later petitions unless I
               receive certification to do so from the
               United States Court of Appeals for the
               Third Circuit; therefore, this petition
               will be my one opportunity to seek federal
               habeas corpus relief.

2.  _I don't_  ~~I~~ wish to amend my § 2254 petition to
               include all the grounds I have.  I will
               do so within thirty (30) days.  I realize
               that the law does not allow me to file
               successive or later petitions unless I
               receive certification to do so from the
               United States Court of Appeals for the
               Third Circuit; therefore, this amended
               all-inclusive petition will be my one
               opportunity to seek federal habeas corpus
               relief.

3. _I don'T_ ~I~ wish to withdraw my § 2254 petition
   without prejudice to file one all-inclusive
   petition in the future; that is, one
   that raises all the grounds I have for
   federal habeas corpus relief.  I realize
   this all-inclusive petition must be filed
   within the one-year period as defined by
   28 U.S.C. § 2244(d).  See Swartz v. Meyers,
   204 F.3d 417 (3d Cir. 2000).

4. _yes_    I am ~not~ seeking federal habeas corpus
           relief under § 2254.  I am instead seeking
           relief under _____N\A_____.

_Ralph Reel_
Petitioner

I/M  James Riley

SBI# 169916  UNIT MHU Bldg 21

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

Office Of The Clerk

U. S District Court

844 King Street

Wilmington, Delaware

19801