D.I. #_____

# CIVIL ACTION NUMBER: 06CV445 KAJ

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**   06-445 KAJ
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ 5.60 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9.85 |

Sent To: WARDEN TOM CARROLL
Street, Apt. No. or PO Box No.: DELAWARE CORRECTIONAL CENTER 1181 PADDOCK RD.
City, State, ZIP+4: SMYRNA, DE 19977

7005 1820 0004 3169 6749

PS Form 3800, June 2002   See Reverse for Instructions