## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **RALPH REED,** : | |
| : | |
| Petitioner, : | |
| : | |
| v. : | Civ. Act. No. 06-445-KAJ |
| : | |
| **THOMAS CARROLL**, Warden : | |
| and **CARL C. DANBERG**, Attorney : | |
| General for the State of Delaware, : | |
| : | |
| Respondents. : | |

### MOTION FOR EXTENSION OF TIME TO FILE
### CERTIFIED STATE COURT RECORDS

1. The petitioner, Ralph Reed, has applied for federal habeas relief challenging his May 2000 convictions in Delaware Superior Court for first degree murder and possession of a firearm during the commission of a felony. D.I. 1. The undersigned filed an answer to the petition on November 22, 2006.

2. By the terms of the Court's order, the respondents are directed to attach to the answer certified copies of the state court records material to the questions raised in the petitioner's appeal.

3. Due to the large volume of record retrieval recently required by prosecutors in the appeals division, the undersigned has been unable to obtain the certified state court records in order to file them contemporaneously with the answer. The undersigned anticipates obtaining and copying the records on or before December 18, 2006.

    4.    Respondents submit that an extension of time to December 18, 2006 in which to file certified copies of the material portions of the state court records in this case is reasonable. Respondents submit herewith a proposed order.

                                                             /s/ Elizabeth R. McFarlan  
                                                             Deputy Attorney General  
                                                              Department of Justice  
                                                               820 N. French Street  
                                                               Wilmington, DE 19801  
                                                               (302) 577-8500  
                                                               Del. Bar. ID No. 3759  
                                                               elizabeth.mcfarlan@state.de.us

Date: November 22, 2006

**RULE 7.1.1 CERTIFICATION**

  I hereby certify that I have neither sought nor obtained the consent of the petitioner, who is incarcerated and appearing *pro se*, to the subject matter of this motion.

              /s/ Elizabeth R. McFarlan
              Deputy Attorney General

              Counsel for Respondents

Date:  November 22, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on November 22, 2006, I electronically filed this motion for extension of time to file certified state court records and attachments with the Clerk of Court using CM/ECF. I also hereby certify that on November 22, 2006, I have mailed by United States Service, two copies of the same documents to the following non-registered participant:

Ralph Reed
SBI No. 320813
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

/s/ Elizabeth R. McFarlan
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 3759
elizabeth.mcfarlan@state.de.us

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **RALPH REED,** : | |
| : | |
| Petitioner, : | |
| : | |
| v.  : | Civ. Act. No. 06-445-KAJ |
| : | |
| **THOMAS CARROLL**, Warden : | |
| and **CARL C. DANBERG**, Attorney : | |
| General for the State of Delaware, : | |
| : | |
| Respondents. : | |

## ORDER

This _____ day of _____, 2006,

WHEREAS, respondents having requested an extension of time in which to file certified state court records, and

WHEREAS, it appearing to the Court that the requested extension is timely made and good cause has been shown for the extension,

IT IS HEREBY ORDERED that certified state court records shall be filed on or before December 18, 2006.

_____
United States District Judge