IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **RALPH REED,** | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 06-445-KAJ |
| | : | |
| **THOMAS CARROLL**, Warden | : | |
| and **CARL C. DANBERG**, Attorney | : | |
| General for the State of Delaware, | : | |
| | : | |
| Respondents. | : | |

### NOTICE OF FILING OF STATE COURT RECORDS

1. Respondents file herewith certified copies of the following of the Delaware Supreme Court documents:

    a. Opening Brief & Appendix (No. 44, 2001)

    b. Answering Brief & Appendix (No. 41, 2001)

    c. Order (July 12, 2001) (No. 41, 2001)

    d. Opening Brief & Appendix (No. 534, 2005)

    e. Answering Brief & Appendix (No. 534, 2005)

    f. Order (May 26, 2006) (No. 534, 2005).

2. Respondents also file herewith certified copies of the following Delaware Superior Court documents in ID no. 9911018706:

    a. Criminal Docket

    b. Letter from Karl Haller, Esquire, to Superior Court (Oct. 1, 2004) (D.I. 97)

    c. Affidavit of James W. Adkins (d.I. 99)

    d. Letter from Karl Haller, Esquire, to Superior Court (Nov. 29, 2004) (D.I. 106)

  e. Affidavit of Karl Haller.

                <u>/s/ Elizabeth R. McFarlan</u>
                Deputy Attorney General
                Department of Justice
                820 N. French Street
                Wilmington, DE 19801
                (302) 577-8500
                Del. Bar. ID No. 3759
                elizabeth.mcfarlan@state.de.us

December 14, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2006, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF and manually filed the state court records referenced therein. I also hereby certify that on December 14, 2006, I have mailed by United States Service, two copies of the notice and one copy of the documents referenced therein to the following non-registered participant:

Ralph Reed
SBI No. 320813
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

/s/ Elizabeth R. McFarlan
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 3759
elizabeth.mcfarlan@state.de.us