Kent A. Jordan (NH)
Reed v carroll et al
case 1:06-cv-445

Can you please send me a Docket sheet on my case
Thank you for your time



Ralph Reed

I/M Ralph Reed
SBI# 320813   UNIT MHU-22-A-L-S
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
11 JAN 2007 PM 3 T

Office of the clerk
United State District Court
844 N. King Street, LockBox 18
Wilmington De 19801