In The United States District Court
For The District of Delaware

Ralph Reed,
    Petitioner,

v.

Thomas Carroll, Warden
And Carl C. Danberg
Attorney General for the State of Dela.

FILED MAR -5 2007 U.S. DISTRICT DISTRICT OF DELAWARE
BD Scanned

C.A. No. 06-445
(Vacant Judgeship)

To: The Magistrate Judge
The Honorable Mary P. Thynge

### Request To Have Case Assigned To The Magistrate Judge

The petitioner Ralph Reed hereby consent to having the Magistrate Judge, The Honorable Mary Pat Thynge, conduct all proceedings relating to this habeas corpus petition. This request is pursuant to my right to the Magistrate's participation under 28 U.S.C. § 636.

March 1, 2007
Date

/s/ Ralph Reed
Ralph Reed, consenting

_____
Date

_____
Elizabeth R. McFarlan, consenting
(Att. for Respondents)

## Certificate of Service

I, __Ralph Reed__, hereby certify that I have served a true and correct cop(ies) of the attached: __Request To Have Case Assigned To The Magistrate Judge__ upon the following parties/person (s):

TO: __Elizabeth R. McFarlan__
__Deputy Attorney General__
__Department of Justice__
__820 N. French Street__
__Wilmington, Dela. 19801__

TO: _____

TO: _____

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this _____ day of __March__, 200_7_

__Ralph Reed__

I/M Ralph Reed
SBI# 320813   UNIT MHU-22-A-L-5
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United State District court
844 N. King Street, Lockbox 18
Wilmington, De 19801-3570

19801+3570