Ralph Reed 320813

V.

Thomas L. Carroll

Case #: 1:06-cv-00445

N+L

To who this may concern can you please send me a docket sheet of my case. case Number is above This is a Amcisle Request.



06cv445***
FILED
MAR 27 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Thank you

Ralph Reed

I/M Ralph Reed
SBI# 320813  UNIT MHU-22-A-L-5
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal mail

WILMINGTON DE 197
25 MAR 2007 PM 1

United State District court
844 N. King street, Lockbox 18
Wilmington DE. 19801

U.S. Legal mail

1980173519 C012