OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 27, 2007

TO: Ralph Reed
SBI#: 320813
D.C.C.
1181 Paddock Road
Smyrna, DE 19977

RE: Request for Copy of Docket,
Civ. No. 06-445 ***

Dear Mr. Reed:

A letter has been received by the Clerk's office from you requesting a copy of the docket from the above noted civil action.

Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copies (including docket sheets) is fifty ($.50) cents per page. **Should you require copies (including docket sheets) in the future, please be aware of this fee requirement.** Prepayment should be sent with your request, check or money order payable to Clerk, U.S. District Court. Enclosed, please find your one free copy of the docket report for Civ. No. 06-445 ***.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/rpg

PETER T. DALLEO
CLERK

cc: Vacant Judgeship
encl.: docket sheet