From: Ralph Reed
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977



To: The Honorable Sue L. Robinson
Chief Judge of The District Court
844 North King Street
Wilmington, Delaware 19801

May 2, 2007

Re: Reed v. Carroll, C.A. No. 06-445 (vacant Judgeship)

Dear Judge Robinson,

I am the petitioner in the above captioned Habeas Corpus action. I write to express my concern about the unnecessary delay for the district court to redress this appeal regarding my unconstitutional sentence to life imprisonment without parole or probation at the Delaware Correctional Center stemming from a conviction for first degree murder and deadly weapon possession by the State Court. This State Court conviction was obtained in violation of my 6th, 8th and 14th Amendment Constitutional rights.

At the present time there no judge assigned to this case to redress my habeas petition pursuant to Rule 1 of the F.R.C.P which insure a just and speedy determination of every action.

In the vast majority of habeas cases it takes the district court from one & a half to two years or longer to render a final decision.

Due to the vacant Judgeship in this case the time period for the court to issue a final decision may increase to three years or longer. This delay in a habeas case is totally unreasonable!!

To cure the unreasonable delay in this case, I filed a request with this Court in March 2007, to have this case reassigned to the U.S Magistrate Judge. (See I.D.#24).

To this date I have not received a response on the Request for reassignment to the Magistrate.

The STATE Court grossly violated my right to a fair trial and all the issues in support of my habeas petition are <u>Actual Innocence</u> claims. (See Petitioner's Reply To Respondents' Answer I.D.# 22).

My Reply demonstrate gross constitutional violations that's on the face of the Trial Records (provided to the court) which require no evidentiary hearing or other special proceedings for this court to make a prompt review of the merits and grant the appropriate relief I'm entitled to by Law.

I should <u>not</u> have to wait for several years to obtain relief for clear cut violations of federal law by the STATE Courts. Habeas Corpus is suppose to be a speedy process to free a person illegally detained by the government and to free an innocent person, such as petitioner, from unconstitutional confinement.

This court can start the proper function of the habeas corpus process by reassigning this case to the Magistrate Judge for preliminary determination on the merits of petitioner's habeas corpus petition and issue a Report & Recommendation.

If a timely habeas corpus resolution cannot be had in this court then I will file a Complaint with the Judiciary Committee of the Third Circuit Court for permission to transfer this case to another district court with official capacity capable of rendering speedy abjudication of habeas case in pursuant with Rule 1 of the F.R.C.P.

I trust that Your Honor will serve a speedy apply hereto to prevent any future request for the Third Circuit's involvement and resolution.

Thank You!
Ralph Reed

cc:
Elizabeth R. McFarlan (OAG)

I/M Ralph REED
SBI# 320813    UNIT MHU-22-A-L-5
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal mail

$ 00.63
MAY 09 2007
MAILED FROM ZIP CODE 19977

Legal mail

Honorable Sue L. Robinson
Chief Judge of The District Court
844 North King Street
Wilmington   DE 19801