Ralph Reed

   v.

Thomas Carroll Warden
and Carl C. Dawsery
Attorney General for the State of Del

C.A. No 06-445 NH

Vacant Judge

I like a docket sheet sent to me in my case please. I thank you for your time.

Ralph Reed

I/M Ralph Reed
SBI# 320813   UNIT 22-A-L-5
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington DE 19801-3570