RALPH REED #320813

V.                                    C.A. NO 06-445-JJF

Thomas Carroll et at.


Can you please sent me a docket sheet of my case. I thank you for your time and your help.



FILED
NOV 26 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

IM Ralph Reed
SBI# 320813   UNIT MHU-22-19-L-5
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal mail

Office of The clerk
United States District Court
844 N King Street, Lockbox 18
Wilmington Del 19801

U.S.M.S.
X-RAY

UNITED STATES POSTAGE
PITNEY BOWES
02 1A
00 460 8975
$00.41⁰
NOV 23 2007
MAILED FROM ZIP CODE 19977