OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

November 27, 2007

TO:

**Ralph Reed**
SBI# 320813
DCC
1181 Paddock Road
Smyrna, DE 19977

    RE:  *Request for Copy of Docket, CA 06-445 JJF*

Dear Mr. Reed:

    We have received your letter requesting another copy of the docket from the above noted civil action. This office previously provided you with a docket sheet on 3/27/07 and informed you that future requests must include prepayment, as follows:

> *Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copies (including docket sheets) is fifty ($.50) cents per page.* **A copy of the docket is enclosed, free of charge for this request only. Should you require copies (including docket sheets) in the future,** *please be aware of this fee requirement. Prepayment should be sent with your request, check or money order payable to Clerk, U.S. District Court.*

    Attached is a listing of items filed and docketed since 3/27/07.

                                        Sincerely,

/rbe                                  PETER T. DALLEO
                                        CLERK

cc:   The Honorable Joseph J. Farnan, Jr., CA 06-445 JJF

CLOSED, HABEAS, PaperDocuments

# U.S. District Court
## District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:06-cv-00445-JJF
### Internal Use Only

Reed v. Carroll et al  
Assigned to: Honorable Joseph J. Farnan, Jr.  
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 07/21/2006  
Date Terminated: 09/25/2007  
Jury Demand: None  
Nature of Suit: 530 Habeas Corpus (General)  
Jurisdiction: Federal Question

**Petitioner**

**Ralph Reed**      represented by **Ralph Reed**  
SBI# 320813  
DCC  
1181 Paddock Road  
Smyrna, DE 19977  
PRO SE

V.

**Respondent**

**Warden Thomas L. Carroll**      represented by **Elizabeth Roberts McFarlan**  
Department of Justice  
820 N. French St.  
Wilmington, DE 19801  
(302) 577-8400  
Email: elizabeth.mcfarlan@state.de.us  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Respondent**

**Attorney General of State of Delaware**      represented by **Elizabeth Roberts McFarlan**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/27/2007 | 25 | Letter to Clerk from Ralph Reed rec'd 3/27/07 regarding request for docket sheet. (rwc) (Entered: 03/27/2007) |
| 03/27/2007 | 26 | Letter to Ralph Reed from Clerk dated 3/27/07 regarding response to - re 25 Letter. (rwc) (Entered: 03/27/2007) |

| | | |
|---|---|---|
| 05/10/2007 | 27 | Letter to Chief Judge Robinson from Ralph Reed dated 5/2/07 regarding request for reassignment of case to the U.S. Magistrate Judge. (rwc) (Entered: 05/11/2007) |
| 08/15/2007 | 28 | Letter to Clerk from Ralph Reed regarding request for docket sheet - (sent 8/15/07). (rwc) (Entered: 08/15/2007) |
| 09/05/2007 |  | Case reassigned to Judge Joseph J. Farnan, Jr. Please include the initials of the Judge (JJF) after the case number on all documents filed. (rjb) (Entered: 09/05/2007) |
| 09/25/2007 | 29 | MEMORANDUM OPINION. Signed by Judge Joseph J. Farnan, Jr. on 9/25/2007. (lec) (Entered: 09/27/2007) |
| 09/25/2007 | 30 | ORDER DISMISSING application for writ of habeas corpus and DENYING writ (copy to pltf.; copy with petition served on respondent and Attorney General for DE) (See Memorandum Opinion) (CASE CLOSED). Signed by Judge Joseph J. Farnan, Jr. on 9/25/2007. (lec) (Entered: 09/27/2007) |
| 10/09/2007 | 31 | MOTION to Alter Judgment Denying Petitioner's Habeas Petition - filed by Ralph Reed. (rwc) (Entered: 10/10/2007) |