# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: Ralph Reed  SBI#: 330813

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: February 7, 2008

FILED
FEB 12 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Attached are copies of your inmate account statement for the months of August 1, 2007 to January 31, 2008.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Aug | 35.85 |
| Sept | 31.80 |
| Oct | 4.69 |
| Nov | .54 |
| Dec | 18.81 |
| Jan | 45.42 |

Average daily balances/6 months: 22.85

Attachments
CC: File

Stacy Shane
2/7/08

Notary public
2/7/08

# Individual Statement
## From August 2007 to December 2007

Date Printed: 2/7/2008

| SBI | Last Name | First Name | MI | Suffix |
|---|---|---|---|---|
| 00320813 | Reed | Ralph | J | |

Current Location: 22    Comments:

Beginning Month Balance: $0.00
Ending Month Balance: $23.18

Page 1 of 1

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Visit | 8/15/2007 | $20.00 | $0.00 | $0.00 | $20.00 | 472145 | 9213026799-03024 | 7/9/07 | E REED |
| Visit | 8/15/2007 | $25.00 | $0.00 | $0.00 | $45.00 | 472146 | 0664474176-03025 | 11/21/07 | P BERLUS |
| Mail | 8/16/2007 | $50.00 | $0.00 | $0.00 | $95.00 | 472716 | 200341150044 | 7/6/07 | C BOYD |
| Medical | 8/17/2007 | ($3.99) | $0.00 | $0.00 | $91.01 | 473360 | | | |
| Supplies-MailPosta | 8/17/2007 | ($0.75) | $0.00 | $0.00 | $90.26 | 473674 | | | |
| Canteen | 8/22/2007 | ($33.51) | $0.00 | $0.00 | $56.75 | 475273 | | | |
| Canteen | 8/29/2007 | ($15.84) | $0.00 | $0.00 | $40.91 | 478761 | | | |
| Medical | 9/7/2007 | $0.00 | ($8.00) | $0.00 | $40.91 | 483502 | | 8/23/07 | |
| Medical | 9/7/2007 | $0.00 | $0.00 | ($4.00) | $40.91 | 483541 | | 8/27/07 | |
| Medical | 9/7/2007 | ($8.00) | $0.00 | $0.00 | $32.91 | 483694 | | 8/23/07 | |
| Medical | 9/7/2007 | ($4.00) | $0.00 | $0.00 | $28.91 | 483729 | | 8/27/07 | |
| Mail | 9/20/2007 | $10.00 | $0.00 | $0.00 | $38.91 | 488578 | 0504533457 | | HERMILINE BERLUS |
| Canteen | 9/26/2007 | ($19.08) | $0.00 | $0.00 | $19.83 | 490828 | | | |
| Canteen | 10/3/2007 | ($15.01) | $0.00 | $0.00 | $4.82 | 494888 | | | |
| Canteen | 10/24/2007 | ($4.25) | $0.00 | $0.00 | $0.57 | 504599 | | | |
| Supplies-MailPosta | 11/29/2007 | $0.00 | $0.00 | ($0.41) | $0.57 | 519965 | | | |
| Supplies-MailPosta | 11/29/2007 | ($0.41) | $0.00 | $0.00 | $0.16 | 521142 | | 11/21/07 | |
| Mail | 12/12/2007 | $25.00 | $0.00 | $0.00 | $25.16 | 527108 | 0686419839 | 11/21/07 | K REED |
| Mail | 12/20/2007 | $15.00 | $0.00 | $0.00 | $40.16 | 530641 | 106008950103 | | L BOYD |
| Canteen | 12/26/2007 | ($16.98) | $0.00 | $0.00 | $23.18 | 532897 | | | |

Ending Month Balance: $23.18

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Legal Hold: $0.00
Total Amount Currently on Restitution Hold: $0.00
Total Amount Currently on Other Hold: $0.00

# Individual Statement
## From January 2008 to January 2008

Page 1 of 1

| Date Printed: 2/7/2008 | | | | | | |
|---|---|---|---|---|---|---|
| SBI | Last Name | First Name | MI | Suffix | Beginning Month Balance: | $23.18 |
| 00320813 | Reed | Ralph | J | | Ending Month Balance: | $2.77 |
| Current Location: 22 | | | Comments: | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Visit | 1/2/2008 | $25.00 | $0.00 | $0.00 | $48.18 | 535939 | 9213029945-08311 | | E REED |
| Visit | 1/2/2008 | $25.00 | $0.00 | $0.00 | $73.18 | 535940 | 9248005840-08312 | | E REED |
| Canteen | 1/2/2008 | ($16.16) | $0.00 | $0.00 | $57.02 | 536450 | | | |
| Pay-To | 1/3/2008 | ($25.00) | $0.00 | $0.00 | $32.02 | 536740 | | | |
| Mail | 1/4/2008 | $50.00 | $0.00 | $0.00 | $82.02 | 537825 | 11891144171 | ZELDA SHOCKLEY | ROBERTA ALEXIS |
| Canteen | 1/9/2008 | ($18.35) | $0.00 | $0.00 | $63.67 | 539432 | | | |
| Pay-To | 1/10/2008 | ($3.00) | $0.00 | $0.00 | $60.67 | 541375 | | PROJECT AWARE | |
| Canteen | 1/16/2008 | ($18.78) | $0.00 | $0.00 | $41.89 | 543658 | | | |
| Canteen | 1/23/2008 | ($19.16) | $0.00 | $0.00 | $22.73 | 545759 | | | |
| Canteen | 1/30/2008 | ($19.96) | $0.00 | $0.00 | $2.77 | 548684 | | | |

Ending Month Balance: $2.77

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Legal Hold: $0.00
Total Amount Currently on Restitution Hold: $0.00
Total Amount Currently on Other Hold: $0.00

RECEIVED-DCC

FEB 07 2008

SUPPORT SERVICES MANAGER

**Affidavit accompanying Motion for
Permission to Appeal In Forma Pauperis**

United States District Court for the _____ of _____

v.

D.C. Case No. 06-cv-00445

Third Cir. No. 08-1330

| Affidavit In Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I sear or affirm under penalty of perjury that my answers on this form are true and correct. (28 U.S.C. § 1746, 18 U.S.C. § 1621) | Complete all questions on this application and then sign it. Do not leave any blanks. If the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate piece of paper identified with your name, your case's docket number, and the question number. |
| Signed: *Ralph Reed* 320213   Date: 2-5-08 | |

**My issues on Appeal are:**

1

1.  For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| INCOME SOURCE | AVERAGE MONTHLY AMOUNT DURING THE PAST 12 MONTHS | AMOUNT EXPECTED NEXT MONTH |
|---|---|---|
| | You | Your Spouse |
| Employment | $ N/A | $ N/A |
| Self-Employment | $ N/A | $ |
| Income from real property (such as rental income) | $ | $ |
| Interest and Dividends | $ | $ |
| Gifts | $ | $ |
| Alimony | $ | $ |
| Child Support | $ | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ | $ |
| Unemployment payments | $ | $ |
| Disability (such as social security, insurance payments) | $ | $ |
| Public Assistance (such as welfare) | $ | $ |
| Other (specify): _____ | $ | $ |
| Total monthly income | $ | $ |

2

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| N/A | | | |

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| N/A | | | |

4. How much cash do you and your spouse have? $ N/A

Below, state any money you or spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| N/A | | $ | $ |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement for each account.

IN SIDE

3

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (Value) | Other real estate (Value) | Motor Vehicle # 1 (Value) |
|---|---|---|
| N/A | — | Make & year: N/A |
| | | Model: N/A |
| | | Registration #: N/A |

| Motor Vehicle # 2 (Value) | Other assets (Value) | Other assets (Value) |
|---|---|---|
| Make & year: N/A | N/A | N/A |
| Model: N/A | | |
| Registration #: N/A | | |

6. State every person, business or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | N/A | N/A |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| N/A | N/A | N/A |

4

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your Spouse |
|---|---|---|
| Rent or Home Mortgage (Include lot rented for mobile home) Are real estate taxed included? ☐ yes ☐ no Is property insurance included? ☐ yes ☐ no | $ N/A | $ N/A |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ | $ |
| Home maintenance (repairs and upkeep) | $ | $ |
| Food | $ | $ |
| Clothing | $ | $ |
| Laundry and dry-cleaning | $ | $ |
| Medical and dental expenses | $ | $ |
| Transportation (not including motor vehicle payments) | $ | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |
| Insurance (not deducted from wages or included in mortgage payments) | $ | $ |
|   Homeowners or renters | $ | $ |
|   Life | $ | $ |
|   Health | $ | $ |
|   Motor Vehicle | $ | $ |
|   Other: _____ | $ | $ |
| Taxes (not deducted from wages or included in mortgage payments)(specify): _____ | $ | $ |

5

|  | You | Your Spouse |
|---|---|---|
| Installment payments | $ N/A | $ N/A |
| Credit Card (name): _____ _____ | $ // | $ // |
| Department Store (name): ___ | $ // | $ // |
| Other: _____ _____ | $_____ | $_____ |
| Alimony, maintenance and support paid to others | $_____ | $_____ |
| Regular expenses for operation of business or farm (attach detailed statement) | $_____ | $_____ |
| Other (specify): _____ _____ | $_____ | $_____ |
| **Total monthly expenses:** | $_____ | $_____ |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

         ☐ Yes    ☒ No    If yes, describe on an attached sheet.

10. Have you paid _____ Or will you be paying _____ an attorney any money for services in connection with this case, including the completion of this form?

         ☐ Yes    ☐ No    If yes, how much? $ _____

If yes state the attorney's name, address and telephone number:

_____

_____

_____

6

11. Have you paid ____ Or will you be paying ____ anyone other than attorney (such as a paralegal or typist) any money for services in connection with this case, including the completion of this form?

        ☐ Yes     ☑ No     If yes, how much? $ _____

If yes state the person's name, address and telephone number:

_____

_____

_____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal. *I can't pay because I don't have any money and do know when the next time when I ever have any money.*

13. State the address of your legal residence.

_____

_____

Your daytime telephone number: (___) _____

Your age: _____     Your years of Schooling: _____

Rev: 9/29/04

7

IM Ralph Reed
SBI# 320813   UNIT MHU-22-A-L-5
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington Del 19801