Petitioner
Ralph Reed

Case # 1:06-cv-00445

v

Respondent
Warden Thomas L. Carroll

Can you please send me a up to date docket sheet, case# 1:06-cv-00445



FILED
MAR 11 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M Ralph Reed
SBI# 320813   UNIT MHU-22-A-L-5
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Del. 19801